STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Scott Webre
Stockstill & Webre, LLC
102 Versailles Blvd., Ste 310
Lafayette LA 70501

Edward C. Abell, Jr.
Onebane Law Firm
P. O. Box 3507
Lafayette LA 70502-3507

**REHEARING ACTION: December 19, 2012**

**Docket Number: 12   00411-CA**

**BCM, L.L.C., ET AL.
VERSUS
ROY CLIFTON CHEATWOOD, ET AL.**

**Appealed from Lafayette Parish Case No. C-20092807**

**BEFORE JUDGES:**

**Hon. John D. Saunders
Hon. Elizabeth A. Pickett
Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **BCM, L.L.C. and Nawlins Kajun Foods, L.L.C.** has this day

been

**DENIED.**

cc: Joseph C. Giglio, Jr., Counsel for the Appellee
    Lawrence Paul Simon, Jr., Counsel for the Appellee
    Stuart T. Welch, Counsel for the Appellee
    Richard Charles Stanley, Counsel for the Appellee
    William M. Ross, Counsel for the Appellee